Ex # 4
4/20/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                    :
WEN BIN HUANG,                                      :
                                                    :
                              Plaintiff,            :        VERDICT SHEET
                    -v-                             :        14-CV-0653 (VEC)
                                                    :
LI MING WU a/k/a LILY WU a/k/a LILY JIANG, and :
AI QIN LIN a/k/a AI KIN,                            :
                                                    :
                              Defendants.           :
                                                    :
---------------------------------------------------------------  X

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____                │
│ DATE FILED:  4/20/17                 │
└─────────────────────────────────────┘
```

All jurors must agree on the answers to all of the questions.
Jurors must answer the questions in the order they are presented.


ISSUE I: DURATION OF PLAINTIFF'S EMPLOYMENT

1. When did Plaintiff work at the restaurant at 49 Division Street?

   From ___10/6/09___ (date) to ___11/23/13___ (date)

2. Did Plaintiff temporarily stop working at the restaurant at 49 Division Street for some period of time?

   Yes ___✓___      No _____

3. If you answered yes to Question 2:

   (a) For how many weeks did Plaintiff temporarily stop working at the restaurant?

   _____6_____ Weeks

   (b) In what year(s) did Plaintiff temporarily stop working at the restaurant?

   _____2012_____

   _____

[1]

ISSUE II: DEFENDANTS' EMPLOYER STATUS

4. Was Li Ming Wu Plaintiff's employer?

   Yes ____✓____     No _____

5. Was Ai Qin Lin Plaintiff's employer?

   Yes _____     No ____✓____

**If you answered No to <u>both</u> Questions 4 and 5, do not answer the remaining questions. Turn to the end of the Verdict Sheet, sign the Verdict Sheet, and tell the marshal waiting outside the jury room that you have a verdict.**

**If you answered yes to either Question 4 or 5, proceed to Issue III.**

ISSUE III: MINIMUM WAGE

6. How many compensable hours did Plaintiff work per day?

   _____10_____ hours

7. How many days did Plaintiff work per week?

   _____6_____ days

8. How many hours did Plaintiff work per week?

   _____60_____ hours

9. What was Plaintiff's straight time rate of pay?

   $ __1.25__

10. Are Defendants entitled to the tip credit reduction under:

    (a) the FLSA?

       Yes __✓__     No _____

    (b) New York Labor Law?

       Yes _____     No __✓__

[2]

11. Was Plaintiff paid at least minimum wage under:

(a) the FLSA?

Yes _____     No __✓__

(b) New York Labor Law?

Yes _____     No __✓__

**If your answer to Question 8 was 40 hours or less, skip to Issue V.  If your answer to Question 8 was more than 40 hours, answer the questions for Issue IV.**

ISSUE IV:  OVERTIME WAGES

12. What was Plaintiff's regular rate of pay?

$ _~~8.75~~ (85)~~7.25~~_ $ 1.25

13. For each overtime hour Plaintiff worked, was Plaintiff paid the appropriate overtime rate under:

(a) the FLSA?

Yes _____     No __✓__

(b) New York Labor Law?

Yes _____     No __✓__

ISSUE V: SPREAD OF HOURS

14. Did Plaintiff's spread of hours exceed 10 hours on any given day at any time during her employment?

Yes_____     No __✓__

15. If and only if you answered yes to Question 14, indicate the number of days you find that the spread of hours exceeded 10 hours for Plaintiff.

_____days per week from _____ to _____.

_____days per week from _____ to _____.

[3]

_____days per week from _____ to _____.

_____days per week from _____ to _____.

_____days per week from _____ to _____.

16. Was Plaintiff paid for spread of hours as required by New York law?  NA

Not applicable

Yes_____          No_____


## ISSUE VII: WILLFULLNESS

**If you answered No to any of the following Questions—11(a) or (b), 13(a) or (b), or 16—you must answer Questions 17 and 18 below.  If you answered Yes to all of those Questions, do not answer Questions 17 and 18 below.**

17. Did Ai Qin Lin willfully violate the FLSA or New York Labor Law?

Yes _____          No __✓__

18. Did Li Wu Ming willfully violate the FLSA or New York Labor Law?

Yes __✓__          No _____


*You are finished.  The foreperson should ensure that each juror agrees with the answer to each question.  If so, the foreperson should date and sign below.*

Dated:  April 20, 2017


_____Elaine Jley_____
Foreperson

[4]