LAW OFFICES OF
# WONG, WONG & ASSOCIATES, P.C.

| | | |
|---|---|---|
| RAYMOND H. WONG *<br>VALERIE Y. C. WONG *<br>_____<br><br>ANTONY LEMBERSKY *<br>NATALYA RUTCHYK *<br>EFRAIM S. LIPSCHUTZ ‡<br>ROBERT JUN ‡ | 150 BROADWAY, SUITE 1588<br>NEW YORK, NY 10038<br>PHONE: (212) 566-8080<br>FACSIMILE: (212) 566-8960 | NEW JERSEY OFFICE<br>12 ROSZEL RD, STE A102<br>PRINCETON, NJ 08540<br>PHONE: (609) 520-1668<br>FACSIMILE: (609) 520-1168<br><br>* MEMBER NY & NJ BARS<br># MEMBER NY & CT BARS<br>‡ MEMBER NY BAR |

November 21, 2018

**VIA ECF Filing**
Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

          Re:    Huang v. WCJ Seafood Restaurant, et al.
                 Case No.: 1:14-cv-00653(VEC)

Dear Judge Caproni:

This Firm formerly represented Plaintiff Wen Bin Huang ("Huang" or the "Plaintiff") in the above captioned action. This letter is made pursuant to Your Honor's directive on November 20th. I spoke to Chris Camera and he is not available for testimony on November 27th, 2018. As discussed in Court, Wong, Wong's other witnesses are available, and their testimony should take up most if not all of the day. After November 27th, Plaintiff's counsel represented that he will be away for an extended amount of time, which will give Wong, Wong time to work out dates with Mr. Camera, or if needed, reserve a subpoena.

Thank you for your time and attention. Please do not hesitate to contact the undersigned if you have any questions.

                                          Respectfully submitted,
                                          Wong, Wong & Associates, P.C.
                                          _____/s/Antony Lembersky_____
                                          Antony Lembersky, Esq. (AL5885)
                                          *Former Attorneys for Plaintiff*
                                          150 Broadway, Suite 1588
                                          New York, New York 10038
                                          Tel: (212) 566-8080
                                          Fax: (212) 566-8960