LAW OFFICES OF
## WONG, WONG & ASSOCIATES, P.C.

RAYMOND H. WONG *
VALERIE Y. C. WONG *
_____

ANTONY LEMBERSKY *
NATALYA RUTCHYK *
EFRAIM S. LIPSCHUTZ ‡
ROBERT JUN ‡

150 BROADWAY, SUITE 1588
NEW YORK, NY 10038
PHONE: (212) 566-8080
FACSIMILE: (212) 566-8960

NEW JERSEY OFFICE
12 ROSZEL RD, STE A102
PRINCETON, NJ 08540
PHONE: (609) 520-1668
FACSIMILE: (609) 520-1168

* MEMBER NY & NJ BARS
# MEMBER NY & CT BARS
‡ MEMBER NY BAR

November 26, 2018

**VIA ECF Filing**
Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re: Huang v. WCJ Seafood Restaurant, et al.
         Case No.: 1:14-cv-00653(VEC)

Dear Judge Caproni:

This Firm formerly represented Plaintiff Wen Bin Huang ("Huang" or the "Plaintiff") in the above captioned action. The undersigned respectfully requests an adjournment to the hearing scheduled for tomorrow, November 27, 2018. The adjournment is requested due to an unforeseen family medical emergency. I spoke to opposing counsel, Heng Wang Esq., and he is consenting to this adjournment. Due to the emergency nature of this adjournment request, the parties will continue to confer regarding a future date that will work for both sides.

Thank you for your time and attention. Please do not hesitate to contact the undersigned if you have any questions.

Respectfully submitted,
Wong, Wong & Associates, P.C.
  /s/Antony Lembersky
Antony Lembersky, Esq. (AL5885)
*Former Attorneys for Plaintiff*
150 Broadway, Suite 1588
New York, New York 10038
Tel: (212) 566-8080
Fax: (212) 566-8960

Dear Judge Caproni,
I am filing this letter as a courtesy to Wong & Wong. Today I learned from my adversary Antony Lembersky that a family member of his was admitted to the hospital due to a serious medical condition. In light of this, I consented to his request for an adjournment. I was then contacted by Wong & Wong saying that Mr. Lembersky is currently in the hospital with that family member, and was not able to file this letter. As such, I agreed to file this letter with the Court. Mr. Lemberskey indicated that he would not be able to handle the hearing tomorrow. As such, unless otherwise instructed by the Court, I will not bring the witness to the Court tomorrow. I will call the Court tomorrow morning to follow up the status of this request. Thank you!  - Heng Wang